UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-CR-20566-GRAHAM

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAROSLAVA RUIZ,

Defendants.
_____/

## VERDICT FORM

### COUNT 1
**Conspiracy to Commit Healthcare Fraud and Wire Fraud (18 U.S.C. § 1349)**

1. We, the Jury, unanimously find Defendant JAROSLAVA RUIZ, as to Count 1 of the Indictment:

   NOT GUILTY _____   GUILTY __✓__

If you found the Defendant GUILTY of Count One, indicate below whether you find that she committed wire fraud, health care fraud, or both beyond a reasonable doubt:

   WIRE FRAUD:         NOT GUILTY _____   GUILTY __✓__

   HEALTH CARE FRAUD:  NOT GUILTY _____   GUILTY __✓__

### COUNTS 3-11
**Health Care Fraud (18 U.S.C. § 1347)**

2. We, the Jury, unanimously find Defendant JAROSLAVA RUIZ, as to Count 3 of the Indictment:

   NOT GUILTY _____   GUILTY __✓__

3. We, the Jury, unanimously find Defendant JAROSLAVA RUIZ, as to Count 4 of the Indictment:

   NOT GUILTY _____   GUILTY __✓__

4. We, the Jury, unanimously find Defendant JAROSLAVA RUIZ, as to Count 5 of the Indictment:

    NOT GUILTY _____   GUILTY √

5. We, the Jury, unanimously find Defendant JAROSLAVA RUIZ, as to Count 6 of the Indictment:

    NOT GUILTY _____   GUILTY √

6. We, the Jury, unanimously find Defendant JAROSLAVA RUIZ, as to Count 7 of the Indictment:

    NOT GUILTY _____   GUILTY √

7. We, the Jury, unanimously find Defendant JAROSLAVA RUIZ, as to Count 8 of the Indictment:

    NOT GUILTY _____   GUILTY √

8. We, the Jury, unanimously find Defendant JAROSLAVA RUIZ, as to Count 9 of the Indictment:

    NOT GUILTY _____   GUILTY √

9. We, the Jury, unanimously find Defendant JAROSLAVA RUIZ, as to Count 10 of the Indictment:

    NOT GUILTY _____   GUILTY √

10. We, the Jury, unanimously find Defendant JAROSLAVA RUIZ, as to Count 11 of the Indictment:

    NOT GUILTY _____   GUILTY √

SO SAY WE ALL

_____
FOREPERSON OF THE JURY

Dated: 8/4/2022